WRIGHT STEAM–ENGINE WORKS, Respondent, v. LAWRENCE CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) Action by the Wright Steam-Engine Works against the Lawrence Cement Company. No opinion. Judgment and order affirmed, with costs. All concur, except HERRICK, J., who dissents.